UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:18-cr-00099-JAW ) |
| CARLOS PEMBERTON, | ) ) |
| Defendant. | ) ) |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

On October 10, 2018, Carlos Pemberton moved to suppress the March 26, 2018, search of his residence and seizure of items and statements made by Mr. Pemberton under the Fourth Amendment. *Def.'s Mot. to Suppress* (ECF No. 17). On November 20, 2018, Mr. Pemberton filed an amended motion to suppress. *Def.'s Am. Mot. to Suppress* (ECF No. 26). The United States Magistrate Judge filed with the Court on May 17, 2019, his Recommended Decision, in which he recommended that the Court deny the motion (ECF No. 55) (*Recommended Decision*). Mr. Pemberton did not object to the Recommended Decision.

The Court reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; the Court has made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and the Court concurs with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and

determines that no further proceeding is necessary.

1. The Court <u>AFFIRMS</u> the Recommended Decision of the Magistrate Judge (ECF No. 55).

2. The Court <u>DENIES</u> the Defendant's Amended Motion to Suppress (ECF No. 26).

SO ORDERED.

<u>/s/ John A. Woodcock, Jr.</u>
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 27th day of August, 2019